# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

A.C. STEELMAN and FRAN MCDERMOTT,
TRUSTEES OF THE SACRAMENTO
AREA ELECTRICAL WORKERS HEALTH
AND WELFARE TRUST FUND,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C07 06431 RMW HRL**

V.

ELLIOTT ELECTRIC INCORPORATED, a
California Corporation,

*E-FILING*

*ADR*

*Filed JAN 2 2 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

TO: ELLIOTT ELECTRIC INCORPORATED,
a California Corporation
2644 Mercantile Drive, Suite C
Rancho Cordova, CA 95742

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

SUE CAMPBELL
Attorney at Law
1155 North First Street, Suite 101
San Jose, California 95112
(408) 277-0648

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

DEC 2 0 2007
DATE

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

SUE CAMPBELL, ESQ.
LAW OFFICES OF SUE CAMPBELL
1155 N. FIRST STREET, SUITE 101
SAN JOSE, CA 95112
Telephone: (408) 277-0648

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| A.C. STEELMAN, ET AL. | CASE NUMBER |
|---|---|
| Plaintiff, | C07 06431 rmw hrl |
| ELLIOTT ELECTRIC INCORPORATED | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DISTRICT COURT GUIDELINES; STANDING ORDER RE: CASE MANAGEMENT IN A CIVIL CASE; NOTICE OF ELECTRONIC AVAILABILITY; GENERAL ORDER NO. 40; GENERAL ORDER NO. 45; GENERAL ORDER NO. 53; INSTRUCTIONS FOR COMPLETION OF ADR FORMS; ECF REGISTRATION INFORMATION

in the within action by personally delivering true copies thereof to the person served as follows:

Served           : ELLIOT ELECTRIC INCORPORATED, A CALIFORNIA CORPORATION
By Serving       : Rick Elliott, Agent For Service Of Process

Address          : ( Home )

                   4359 Shorthorn Road
                   Rescue, Ca 95672
Date of Service  : January 12, 2008

Time of Service  : 2:15PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: January 12, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SACRAMENTO
Number 92007

Signature: _____
GARI GREENHALGH