1 SUE CAMPBELL
Attorney at Law
2 State Bar Number 98728
1155 North First Street, Suite 101
3 San Jose, California 95112
(408) 277-0648
4
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C. STEELMAN and FRAN MCDERMOTT, TRUSTEES OF THE SACRAMENTO AREA ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>ELLIOTT ELECTRIC INCORPORATED, a California Corporation,<br><br>Defendants. | CASE NO.: C07-06431 RMW HRL<br><br>REQUEST FOR ENTRY OF DEFAULT RULE 55(a) |

A request to enter a default is allowed when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by the Rules of Court, Federal Rules of Civil Procedure, Rule 55.

Plaintiffs request the clerk enter the default of Defendant ELLIOTT ELECTRIC INCORPORATED, a California Corporation, on the complaint filed on December 20, 2007.

Defendant is not an infant or incompetent person.

Defendant is not in the military service and is not entitled to the benefits of the Service Members Civil Relief Act (50 U.S.C. App. §501 et. seq.).

/ / /

/ / /

/ / /

1

REQUEST FOR ENTRY OF DEFAULT

Plaintiffs will request a default judgment under Rule 55(b)(2) upon the filing of an affidavit supporting the default judgment.

Dated:    February 5, 2008

SUE CAMPBELL
Attorney for Plaintiffs

2

REQUEST FOR ENTRY OF DEFAULT

# PROOF OF SERVICE

I am a citizen of the United States. My business address is 1155 North First Street, Suite 101, San Jose, California 95112. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**REQUEST FOR ENTRY OF DEFAULT**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

ELLIOTT ELECTRIC INCORPORATED,
a California Corporation
4359 Shorthorn Road
Rescue, CA 95672

☒ (*State*) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 5, 2008, at San Jose, California.

_____
CHRISTINE DELGADILLO

3

REQUEST FOR ENTRY OF DEFAULT