**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

February 7, 2008

RE:  CV 07-06431 RMW     A.C STEELMAN, ET AL.-v- ELLIOTT ELECTRIC INCORPORATED, ET AL.

Default is entered as to defendant Elliott Electric Incorporation, a California corporation on February 7, 2008.

RICHARD W. WIEKING, Clerk

by /s/ Diane Miyashiro
Case Systems Administrator

NDC TR-4  Rev. 3/89