1  SUE CAMPBELL
   Attorney at Law
2  State Bar Number 98728
   1155 North First Street, Suite 101
3  San Jose, California 95112
   (408) 277-0648
4
5  Attorneys for Plaintiffs

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 A.C. STEELMAN and FRAN MCDERMOTT,)   CASE NO.: C07-06431 RMW HRL
   TRUSTEES OF THE SACRAMENTO        )
11 AREA ELECTRICAL WORKERS HEALTH    )
   AND WELFARE TRUST FUND,           )   CASE MANAGEMENT
12                                   )   CONFERENCE STATEMENT
                 Plaintiffs,         )
13                                   )
   vs.                               )
14                                   )   DATE:   April 18, 2008
   ELLIOTT  ELECTRIC  INCORPORATED, a)   TIME:   10:30 A.M.
15 California Corporation,           )   PLACE:  Courtroom 6, 4th Floor
                                     )
16               Defendants.         )   JUDGE:  Hon. Ronald M. Whyte
                                     )
17 _____)

18      Plaintiff in the above-entitled action submits this Case Management Statement and
19 proposed order, and requests that the court adopt it as the Case Management Order in this case.
20 The complaint was filed and served on Defendant. A request for entry of default was filed on
21 February 7, 2008.  A default judgment has not been taken yet. Plaintiffs are in the process of
22 amending the complaint for additional monies owed.
23                          **DESCRIPTION OF THE CASE**
24      This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust
25 Funds.
26 ///
27 ///
28 ///

1

CASE MANAGEMENT CONFERENCE STATEMENT

1  Plaintiffs would like to continue the case for ninety (90) in order to complete the
2  documentation for the default judgment hearing. Therefore, Plaintiffs request that the case be
3  continued until July 18, 2008, for a further Case Management Conference.

Respectfully submitted,

Dated: April 10, 2008

_____
SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to July 18, 2008, at 10:30 a.m., in Courtroom 6, 4th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: _____        _____

JUDGE OF THE U.S. DISTRICT COURT

2

CASE MANAGEMENT CONFERENCE STATEMENT