1  SUE CAMPBELL
   Attorney at Law
2  State Bar Number 98728
   1155 North First Street, Suite 101
3  San Jose, California 95112
   (408) 277-0648
4
   Attorneys for Plaintiffs
5

6                                          *E-FILED - 4/17/08*

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10  A.C. STEELMAN and FRAN MCDERMOTT,)     CASE NO.: C07-06431 RMW HRL
    TRUSTEES OF THE SACRAMENTO        )
11  AREA ELECTRICAL WORKERS HEALTH    )
    AND WELFARE TRUST FUND,           )
12                                    )     CASE MANAGEMENT
                                      )     CONFERENCE STATEMENT
           Plaintiffs,                )      AND ORDER
13                                    )
    vs.                               )
14                                    )     DATE:    April 18, 2008
    ELLIOTT  ELECTRIC  INCORPORATED, a)     TIME:    10:30 A.M.
15  California Corporation,            )     PLACE:   Courtroom 6, 4th Floor
                                      )
16         Defendants.                )     JUDGE:   Hon. Ronald M. Whyte
                                      )
17  _____ )

18      Plaintiff in the above-entitled action submits this Case Management Statement and

19  proposed order, and requests that the court adopt it as the Case Management Order in this case.

20  The complaint was filed and served on Defendant. A request for entry of default was filed on

21  February 7, 2008.    A default judgment has not been taken yet. Plaintiffs are in the process of

22  amending the complaint for additional monies owed.

23                        **DESCRIPTION OF THE CASE**

24      This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

25  Funds.

26  / / /

27  / / /

28  / / /

                              1

1  Plaintiffs would like to continue the case for ninety (90) in order to complete the
2  documentation for the default judgment hearing.  Therefore, Plaintiffs request that the case be
3  continued until July 18, 2008, for a further Case Management Conference.

4

5  Respectfully submitted,

6

7  Dated: April 10, 2008

8  SUE CAMPBELL
   Attorney for Plaintiff

9

10  **ORDER**

11  The Case Management Conference is hereby continued to July 18, 2008, at 10:30 a.m.,
12  in Courtroom 6, 4th Floor.  Plaintiff will file an update and proposed action ten (10) days prior
13  to the Case Management Conference.

14

15  Dated: _4/17/08_____        _Ronald M. Whyte_

16  JUDGE OF THE U.S. DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28

2