1  SUE CAMPBELL
   Attorney at Law
2  State Bar Number 98728
   1155 North First Street, Suite 101
3  San Jose, California 95112
   (408) 277-0648
4
5  Attorneys for Plaintiffs
6
7
                     UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA

A.C. STEELMAN and FRAN MCDERMOTT, ) CASE NO.: C07-06431 RMW HRL
TRUSTEES OF THE SACRAMENTO        )
AREA ELECTRICAL WORKERS HEALTH    ) REQUEST FOR
AND WELFARE TRUST FUND,           ) DISMISSAL OF
                                  ) ENTIRE ACTION
            Plaintiffs,           )
                                  )
vs.                               )
                                  )
ELLIOTT ELECTRIC INCORPORATED, a  )
California Corporation,           )
                                  )
            Defendants.           )
_____)

Comes now the Plaintiffs A.C. STEELMAN and FRAN MCDERMOTT, TRUSTEES OF THE SACRAMENTO AREA ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, in the above-entitled action and hereby dismiss the entire action without prejudice as to every party.

No answer has been filed in this matter. The defendant has paid all monies requested in the complaint for August through November 2007. This dismissal specifically does not waive the right of the Trust Funds to audit the employer for the above time period, or any other time period, and to collect any additional monies found to be delinquent as a result of an audit through a subsequent legal action.

Dated: July 8, 2008

_____
SUE CAMPBELL
Attorney for Plaintiffs

1

REQUEST FOR DISMISSAL OF ENTIRE ACTION

## **PROOF OF SERVICE BY MAIL**

I, the undersigned, say:

That I am now and at all times herein mentioned a citizen of the United States, over the age of eighteen years, a resident of Santa Clara County, California, and not a party to the within action or cause; that my business address is 1155 North First Street, Suite 101, San Jose, California; that I served a copy of the attached REQUEST FOR DISMISSAL OF ENTIRE ACTION by placing said copy in an envelope addressed to

ELLIOTT ELECTRIC INCORPORATED,
a California Corporation
4359 Shorthorn Road
Rescue, CA 95672

which envelope was then sealed and, with postage fully prepaid thereon, was on July 8, 2008, deposited in the United States mail at San Jose, California; that there is delivery service by United States mail at the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2008, at San Jose, California.

CHRISTINE DELGADILLO