United States District Court
For the Northern District of California

1

2

3

4                                                    **E-FILED on  7/16/08**

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN JOSE DIVISION

11

12  A.C. STEELMAN and FRAN MCDERMOTT,          No. C-07-06431 RMW
    TRUSTEES OF THE SACRAMENTO AREA
13  ELECTRICAL WORKERS HEALTH AND
    WELFARE TRUST FUND,
14                                              ORDER DISMISSING CASE
              Plaintiffs,
15
         v.
16                                              **[Re Docket No. 8]**

    ELLIOTT ELECTRIC INCORPORATED,
17
              Defendant.
18

19

20          On July 8, 2008, plaintiffs filed a motion to dismiss the action without prejudice, stating that

21  defendant has paid all monies requested in the complaint through November2007.

            Pursuant to plaintiffs' motion, the court dismisses the complaint without prejudice.  The clerk
22
    shall close the file.
23

24

25
    DATED:    7/16/08
26                                              RONALD M. WHYTE
                                                United States District Judge
27

28

ORDER DISMISSING CASE—No. C-07-06431 RMW
MAG

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Sue Campbell                    suecampbell@att.net

**Counsel for Defendants:**

No appearance


Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.



**Dated:**  ___7/16/08_____          /s/ JG _____
                                          **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California